## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania :
:
v. : No. 40 C.D. 2016
:
One (1) 1992 Volkswagen Passat :
GL VIN #WVWFB4310NE257007 :
:
Appeal of: Jason Kokinda :

## **O R D E R**

NOW, February 9, 2018, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge